IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-4-bbc

KELLY TRUMM, TIM HAINES
MARY MILLER,
WARDEN HUIBREGTSE and
CHRISTINE BEERKIRCHER,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kelly Trumm, Tim Haines, Mary Miller, Warden Huibregtse and Christine Beerkircher granting their motion for summary judgment, denying plaintiff's motion for preliminary injunction, and dismissing this case.

_Peter Oppeneer_            5/17/12
Peter Oppeneer, Clerk of Court      Date